September 29, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ABDUL ZAVERI, Appellant

NO. 14-15-00549-CV                    V.

FONDREN SOUTHWEST TEMPOS ASSOCIATION, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 1, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Abdul Zaveri.

We further order this decision certified below for observance.